THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRACE GRANGER (RUTH GRANGER), Respondent, v. HERBERT W. FOOTE, as Sheriff of the County of Tioga, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed and writ vacated and relator (Ruth Granger) remanded to the custody of the sheriff of Tioga county, on the ground that the prisoner was removed from Tioga county during a session of the Supreme Court in that county contrary to section 25 of the Code of Criminal Procedure. Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

EDWARD A. DALY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.